O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE RODRIGUEZ SANDOVAL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>**Acting Commissioner of Social Security,**<br><br>    Defendant. | NO. EDCV 13-01019-MAN<br><br>JUDGMENT |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the above-captioned action is remanded for the calculation and award of benefits consistent with the provisions of the Memorandum Opinion and Order.

DATED: March 26, 2015

                                              *Margaret A. Nagle*
                                         MARGARET A. NAGLE
                                UNITED STATES MAGISTRATE JUDGE