# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE RODRIGUEZ SANDOVAL,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | NO. EDCV 13-1019-MAN<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the Stipulation For The Award And Payment Of Attorney Fees And Expenses Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on June 5, 2015, IT IS ORDERED that fees and expenses in the amount of $4,200.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

Dated: June 8, 2015

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE